**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER NONG LE, | No. SACV 12-393-DSF(CW) |
|         Petitioner, | JUDGMENT |
|     v. | |
| RON BARNES (Warden), | |
|         Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 12/10/12

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge